IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
GREG GRANDBERRY,               )
                               )
     Plaintiff,                )
                               )
v.                             )      No. 04-2876 Ma/V
                               )
RUBY BRIDGEFORTH, POSTMASTER,  )
UNITED STATES POSTAL SERVICE,  )
MEMPHIS FRONT STREET INSTALLATION, )
                               )
     Defendant.                )
```

## ORDER TO SHOW CAUSE

Before the court is Defendant's January 18, 2005, motion to dismiss. Plaintiff has not yet responded to the motion, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 19th day of April 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-20-05



UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02876 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT