UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 37 ___ D.C.

05 MAY 24  PM 3: 09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

GREG GRANDBERRY,

      Plaintiff,

v.                                          Cv. No. 04-2876-Ma

RUBY GRIDGEFORTH, Postmaster,
United States Postal Service,
Memphis Front Street Installation,

      Defendant.


# JUDGMENT

     Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order Granting Defendant's Motion to Dismiss, docketed May 19, 2005.


**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 24, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02876 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT